DEFENDANT 2:      **JESUS ALBERTO NAPOLES PONCE DE LEON**

YOB:      **1990**

COMPLAINT          _____ Yes      ___X___ No
FILED?

If Yes, MAGISTRATE CASE NUMBER_____

OFFENSE(S):      **21 U.S.C. § 846**
Narcotics Conspiracy (21 U.S.C. § 841(a)(1),(b)(1)(B)(ii)(II)) – Possession with Intent to Distribute 500 grams or More of a Mixture or Substance Containing a Detectable Amount of Cocaine

**21 U.S.C. § 841(a)(1), (b)(1)(C)**
Possession with Intent to Distribute a Controlled Substance (Cocaine)

LOCATION OF
OFFENSE:      Jefferson County, Colorado

PENALTY:      **21 U.S.C. § 846**
NLT 5 years and NMT 40 years imprisonment, NMT $5,000,000 fine, or both; NLT 4 years supervised release; and a $100 Special Assessment fee

**21 U.S.C. § 841(a)(1), (b)(1)(C)**
NMT 20 years imprisonment, NMT $1,000,000 fine, or both; NLT 3 years supervised release; and a $100 Special Assessment fee

AGENT:      Ryan P. Donahue
Special Agent, Drug Enforcement Administration

AUTHORIZED      Conor A. Flanigan
BY:      Assistant United States Attorney

ESTIMATED TIME OF TRIAL:

 X   five days or less ____ over five days

THE GOVERNMENT:

 X   will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

The statutory presumption of detention **is** applicable to this defendant.